UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORREY SELCK,

        Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF
SOCIAL SERVICES, et al.,

        Defendants.

No.  2:25-cv-2868-DC-CKD (PS)

ORDER

Plaintiff Morrey Selck filed this action October 6, 2025.[1] (ECF No. 1.) On December 2, 2025, defendants California Department of Social Services and California Board of Nursing filed a motion to dismiss plaintiff's first amended complaint under Federal Rule of Civil Procedure 12.[2] (ECF No. 10.) Plaintiff did not timely file an opposition or statement of non-opposition to the motion to dismiss. *See* Local Rule 230(c).

Plaintiff's failure to timely file an opposition or statement of non-opposition to the defendants' motion to dismiss violates Local Rule 230(c). However, the court will provide plaintiff with a further opportunity to respond to the pending motion to dismiss within 21 days after service of this order. Plaintiff is cautioned that any further failure to respond will be

---

[1] Plaintiff proceeds without the assistance of counsel; thus, this case is referred to the undersigned pursuant to Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1).
[2] These same defendants also filed a motion to declare plaintiff a vexatious litigant (ECF No. 8), which is submitted and pending.

1

construed as a non-opposition to the granting of the motion.

Local Rule 230(c) states "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party...." Accordingly, the hearing on the motion to dismiss set for January 21, 2026, is vacated. At the conclusion of briefing, the motion is submitted for decision on the record and written briefing pursuant to Local Rule 230(g). If the court subsequently determines that oral argument would be beneficial for consideration of the motion, the parties will be notified accordingly.

In accordance with the above, IT IS ORDERED as follows:

1.  The hearing on defendants' motion to dismiss set to take place on January 21, 2026, is VACATED.

2.  Plaintiff shall file a written opposition (or a statement of non-opposition) to the motion to dismiss within 21 days after service of this order. Failure to do so will be deemed a statement of non-opposition and consent to the granting of the motion and may also constitute a ground for the imposition of appropriate sanctions, including a recommendation that plaintiff's case be involuntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

3.  Defendants may file a written reply to any opposition filed by plaintiff within 10 days of plaintiff's filing. The motion to dismiss is submitted for decision without oral argument upon conclusion of this briefing schedule. *See* Local Rule 230(g).

Dated:  January 15, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Selc25cv2868.nooppo.mtd
7