UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORREY SELCK,<br>Plaintiff,<br>v.<br>CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, ET AL.,<br>Defendants. | Case No. 2:25-cv-02868-DC-CKD (PS)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMNEDATIONS</u><br><br>(ECF Nos. 10, 22.) |

On April 8, 2026, the magistrate judge filed findings and recommendations (ECF No. 22), which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On April 22, 2026, Plaintiff filed objections to the findings and recommendations. (ECF No. 23.) However, Plaintiff's objections consist of unintelligible ramblings and completely indecipherable. Thus, those objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review. The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings and recommendations are supported by the record and by proper analysis. The court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 22) are ADOPTED;
2. Defendants California Department of Social Services and California Board of Nursing's motion to dismiss the first amended complaint (ECF No. 10) is GRANTED, without leave to amend;
3. Defendant Curam College is dismissed without leave to amend;
4. This action is dismissed due to Plaintiff's failure to state a cognizable claim;
5. Plaintiff is hereby declared a vexatious litigant and is ordered to submit for pre-filing review any *pro se* complaint filed in the Eastern District of California, and a showing of colorable, nonduplicative claims is required for any complaints to be accepted for filing; and
6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 4, 2026**

Dena Coggins
United States District Judge